# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LAVETTA STEVESON**                                                          **PLAINTIFF**

**v.**                **Case No. 4:20-cv-01357-LPR**

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**            **DEFENDANT**

## MOTION FOR SUMMARY JUDGMENT

Defendant, Pulaski County Special School District ("District"), by its attorneys, Bequette, Billingsley & Kees, P.A., for its Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, alleges and states:

1. There is insufficient evidence to support any of Plaintiff's claims in this case.

2. There are no genuine issues of material fact in this matter. Under controlling law, the District is entitled to summary judgment.

3. In support of this Motion, the District relies upon the accompanying Memorandum Brief in Support of its Motion for Summary Judgment, Statement of Undisputed Material Facts, and upon the entire record in this action.

4. The following exhibits are attached hereto and incorporated herein by reference:

    Exhibit 1 – EEOC Charge of Discrimination

    Exhibit 2 – Support Staff Personnel Recommendation Form for Temporary Security Guard

    Exhibit 3 – Note from PCSSD HR Department

    Exhibit 4 – Excerpts from the Deposition of Shawn Burgess

    Exhibit 5 – Affidavit of Shawn Burgess

    Exhibit 6 – Plaintiff's Time Records

    Exhibit 7 – Text Message Exchanges

    Exhibit 8 – Plaintiff's Medical Notes

WHEREFORE, Defendant, Pulaski County Special School District, prays that its Motion for Summary Judgment be granted; for the District's attorneys' fees and costs incurred herein; and for all other appropriate relief to which the District may be entitled.

    Respectfully submitted,

    BEQUETTE, BILLINGSLEY & KEES, P.A.
    425 West Capitol Avenue, Suite 3200
    Little Rock, AR 72201-3469
    Phone: (501) 374-1107
    Fax: (501) 374-5092
    Email: jbequette@bbpalaw.com
    Email: ckees@bbpalaw.com

    By:    **W. Cody Kees**
          Jay Bequette, Ark. Bar No. 87012
          W. Cody Kees, Ark. Bar No. 2012118

    *Attorneys for Defendant*