EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| [ ] FEPA | |
| [X] EEOC | 493-2019-01103 |

null
_State or local Agency, if any_                    and EEOC

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Ms. Lavetta R Steveson | (501) 539-6667 | 1993 |

Street Address: 5508 Wren Rd, LITTLE rock, AR 72204

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| PULASKI COUNTY SPECIAL SCHOOL DISTRICT | 15 - 100 | (501) 490-5730 |

Street Address: 1205 East Dixon Road, LITTLE ROCK, AR 72206

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[ ] RACE  [ ] COLOR  [X] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03-25-2019   Latest: 03-25-2019
[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired on or about September 17, 2018, as a Security officer. I was denied reasonable accommodation of additional time off. I was discharged on March 25, 2019.

I was told to return to work or I would be replaced. I was told I was discharged because I was too much of a risk.

I believe I was denied additional time off and discharged because of my sex, pregnancy, in violation of Title VII of the Civil Rights Act of 1964 as amended, and because of my disability, in violation of the Americans with Disabilities Act of 1990, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Digitally signed by Lavetta Steveson on 06-12-2019 03:42 PM EDT

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

**EXHIBIT 1**