# PULASKI COUNTY SPECIAL SCHOOL DISTRICT
## SUPPORT STAFF PERSONNEL RECOMMENDATION FORM

RECEIVED SEP 12 2018 HUMAN RESOURCES

School Year 20 **18** - 20 **19**

I recommend **Lavetta Steveson** as a **Temp Sccuirty Officer**

for **Security Department** School/Department. I have interviewed the applicant and find them qualified to hold the position. *Para-Professionals must be Highly-Qualified at the time of hire.*

I have contacted at least three references on this applicant and one of them directly supervised the applicant.   YES ✓   NO ☐

1. **Apoloria Richards 501-**▮▮▮▮   Date: **9.12.18**
   Name/Title (Supervisor)
2. **Deidra Booker 501-**▮▮▮▮   Date: **9.12.18**
   Name/Title
3. **Gabrelle Sloan - 501-**▮▮▮▮   Date: **9.12.18**
   Name/Title

☐ New Hire (Replacing _____)   ☐ Reclassification of Present Employee

☐ Substitute Employee (used whenever regular employee is out)   ☒ Temporary Employee (Used only by prior approval of HR)

Substituting for _____

**9-12-18**
Date

*David E. Thomas* (signature)
Administrator or Department Manager

_____ (signature)
Executive Director of Human Resources

Date

ENTERED SEP 17 2018 BY: A. White

**9101**  ▮▮▮▮**5643**
Last Four Digits of SSN or Employee ID Number

In case of emergency, notify **Charlotte Kendrick**   Telephone **501-353-5974**

| First Date To Work | Contract Code | Hours Per Day | Range/Step/ Hourly Rate | Board Agenda | |
|---|---|---|---|---|---|
| 9/17/2018 | 186 | 8 | $ 12.00 | RATE OF PAY | |
| Fund/Source of Funds | Function | Location | Program | Subject | Object |
| 2000 | 2660 | 189 | 000 | 00 | 6 __1220__ |
| Fund/Source of Funds | Function | Location | Program | Subject | Object |
|  |  |  |  | 00 | 6 ____ |

PCSSD; Steveson Pg. 13

**EXHIBIT 2**

**School Districts**

**AR)TRS**
Arkansas Teacher Retirement System

Form # 1
Revised 8/2009
1400 West Third, Little Rock, AR 72201
Phone (501) 682-1517 or (800) 666-2877
Fax (501) 682-2359
Website - http://www.artrs.gov

## Membership Data Form
### To be Completed by Member

Member's Social Security Number ███ - ██ - 9101

Name (Last, First, Middle) Steveson Lavetta Romeeta

Maiden Name (If applicable) _____

Address 5508 Wren rd Little rock, AR, 72204

☐ Male   ☑ Female   Member's Date of Birth ██ - ██ - 1993

County of Residence Pulaski

City Little Rock   State AR   Zip 72204

Member's Telephone Number   Work (501) ███-6667   Home ( )

Name of Spouse (Last, First, Middle) _____

Spouse's Date of Birth _____

Member's Signature [signature]   Date 9-12-2018

### Member History

**Previous Service:**

| | Yes | No | Dates |
|---|---|---|---|
| Arkansas Public Schools | ☐ | ☑ No | |
| Arkansas State Agency | ☐ | ☑ No | |
| Arkansas Highway Dept | ☐ | ☑ No | |
| Arkansas State Police | ☐ | ☑ No | |
| Private Schools | ☐ | ☑ No | |
| Out-of-State Service | ☐ | ☑ No | |
| Active Military Service | ☐ | ☑ No | |

Have you ever participated in an Alternate Retirement Plan? (ie. TIAA-Cref, Valic)   ☐ Yes   ☑ No
Have you ever been a member of ATRS?   ☐ Yes   ☑ No
Have you ever received a refund?   ☐ Yes   ☑ No

### To be Completed by Employer

School District PCSSD   Employer Code 00211

Member's Primary Position Temp Security Officer

Is Member a contract Employee?   ☐ Yes   ☑ No   If yes, number of days? ____

Employee enrolled as   ☐ Contributory   ☑ Noncontributory   Verified by ATRS  Yes

Member's first paid day of service (Month/Day/Year) 9/17/18

PCSSD; Steveson Pg. 14