

# PULASKI COUNTY SPECIAL SCHOOL DISTRICT
## HUMAN RESOURCES DEPARTMENT

925 East Dixon Road/PO Box 8601 Little Rock, AR 72216          Phone 501-234-2000    Fax 501-490-9897

*Paul Brewer, Chief Executive Officer for Human Resources*         *Shawn Burgess, Director of Human Resources*
501-234-2032 pbrewer@pcssd.org                                    501-234-2033 sburgess@pcssd.org

Date: May 5, 2019

To Whom It May Concern,

Lavette Steveson was employed with Pulaski County Special School District as temporary security officer. Ms. Steveson last day worked was 2/25/2019.

Sincerely,

Chanda Swinson
Personnel Specialist Recruiting II
Pulaski County Special School District
Ph: 501-234-2040 fax: 501-490-9897
cswinson@pcssd.org

**EXHIBIT 3**



**Woman's Pavilion**

*Cortez McFarland, M. D.*
*Marilyn A. Johnson, R. N., C. N. M.*

*Parkview Medical Building*
*#1 St. Vincent Circle, Suite 440*
*Little Rock, AR 72205*
*(501)666-4294*

# Office Visit Letter

03/18/19

RECEIVED MAY 0 8 2019

Re: Lavetta Steveson

To Whom It May Concern:

Ms. Lavetta Steveson was seen in my office today. Please excuse her from work/school.
Please excuse Brandon Richardson for today.

Thank You,

*Cortez McFarland*

Cortez McFarland, M.D.

RECEIVED MAY 0 8 2019