IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAVETTA STEVESON**                                                                 **PLAINTIFF**

vs.                                    **CASE NO. 4:20-cv-01357-JM**

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**                    **DEFENDANT**

## AFFIDAVIT OF SHAWN BURGESS

Comes the Affiant, Shawn Burgess, and for her Affidavit states under oath as follows:

1. My name is Shawn Burgess and I am currently the Assistant Superintendent for Human Resources with the Pulaski County Special School District ("PCSSD" or "District").

2. Lavetta Steveson was employed as a temporary security guard for PCSSD from September 12, 2018 until February 25, 2019.

3. As a temporary employee, Ms. Steveson worked when requested and when there was a need for the position to be filled. Temporary employees are considered "at will" and do not receive any benefits other than hourly pay. Temporary employees receive no sick leave or personal leave days.

4. Ms. Steveson was not terminated from PCSSD, but her temporary employment ended on February 25, 2019, when she failed report to work for an extended period of time.

5. Temporary employees are expected to work when scheduled and failure to report to work will lead to services no longer being requested.

6. According to PCSSD time records, Ms. Steveson missed six (6) workdays between February 4, 2019 and February 22, 2019, and did not return to work after February 25, 2019.

**EXHIBIT 5**

7.    While Ms. Steveson's employment ended on February 25, 2019 when failed reporting to work, she is eligible to re-apply with PCSSD.

FURTHER AFFIANT SAYETH NOT.

_____
Shawn Burgess

STATE OF ARKANSAS   )
                                ) ss.    **VERIFICATION**
COUNTY OF PULASKI   )

Comes before me the above Affiant who states on oath that the facts set forth in the foregoing Affidavit are true and correct to the best of her knowledge and belief.

SUBSCRIBED AND SWORN to before me this 5th day of April, 2022.

_____
Notary Public

My commission expires:

10/15/28

(S E A L)

SUSAN ALFORD
Notary Public - Arkansas
#12368497
County of Saline
My Commission Exp. 10/15/2028

2