6/8/2020          TimeClock Plus HTML Generated Report

## Complete Payroll Report
For the period of 2/1/2019 to 3/31/2019

Name: LAVETTA STEVESON    Number: 10008643    Export Code: 10008643

| Week | D | Date In | Time In | Actual In | Date Out | Time Out | Actual Out | Job Code | Rate | Hours | Reg | Ovt1 | Ovt2 | Day Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Fri | 2/1 | 08:45 AM | 08:38 AM | 2/1 | 02:00 PM | 02:00 PM | 186 | 0.00 | 5.25 | 3.00 | 2.25 | 0.00 | 5.25 |
| | | | | | | | | Week 1 Totals: | | 5.25 | 3.00 | 2.25 | 0.00 | 5.25 |
| 2 | Sat | 2/2 | 03:45 PM | 03:49 PM | 2/2 | 08:45 PM | 08:48 PM | 227 | 0.00 | 5.00 | 5.00 | 0.00 | 0.00 | 5.00 |
| | Mon | 2/4 | 08:45 AM | 08:42 AM | 2/4 | 02:00 PM | 01:58 PM | 186 | 0.00 | 5.25 | 5.25 | 0.00 | 0.00 | |
| | Mon | 2/4 | 02:30 PM | 02:26 PM | 2/4 | 04:15 PM | 04:22 PM | 186 | 0.00 | 1.75 | 1.75 | 0.00 | 0.00 | 7.00 |
| | Tue | 2/5 | 08:45 AM | 08:39 AM | 2/5 | 02:00 PM | 01:57 PM | 186 | 0.00 | 5.25 | 5.25 | 0.00 | 0.00 | |
| | Tue | 2/5 | 02:30 PM | 02:30 PM | 2/5 | 04:15 PM | 04:17 PM | 186 | 0.00 | 1.75 | 1.75 | 0.00 | 0.00 | |
| | Tue | 2/5 | 04:30 PM | 04:36 PM | 2/5 | 09:30 PM | 09:32 PM | 227 | 0.00 | 5.00 | 5.00 | 0.00 | 0.00 | 12.00 |
| | Thu | 2/7 | 07:45 AM | 07:49 AM | 2/7 | 02:15 PM | 02:17 PM | 186 | 0.00 | 6.50 | 6.50 | 0.00 | 0.00 | |
| | Thu | 2/7 | 03:00 PM | 02:55 PM | 2/7 | 04:00 PM | 04:01 PM | 186 | 0.00 | 1.00 | 1.00 | 0.00 | 0.00 | 7.50 |
| | | | | | | | | Week 2 Totals: | | 31.50 | 31.50 | 0.00 | 0.00 | 31.50 |
| 3 | Tue | 2/12 | 08:00 AM | 08:00 AM | 2/12 | 02:00 PM | 02:00 PM | 186 | 0.00 | 6.00 | 6.00 | 0.00 | 0.00 | |
| | Tue | 2/12 | 02:30 PM | 02:30 PM | 2/12 | 04:15 PM | 04:15 PM | 186 | 0.00 | 1.75 | 1.75 | 0.00 | 0.00 | 7.75 |
| | Thu | 2/14 | 08:45 AM | 08:39 AM | 2/14 | 01:45 PM | 01:45 PM | 186 | 0.00 | 5.00 | 5.00 | 0.00 | 0.00 | |
| | Thu | 2/14 | 02:15 PM | 02:09 PM | 2/14 | 04:15 PM | 04:12 PM | 186 | 0.00 | 2.00 | 2.00 | 0.00 | 0.00 | 7.00 |
| | Fri | 2/15 | 08:00 AM | 07:54 AM | 2/15 | 02:30 PM | 02:32 PM | 186 | 0.00 | 6.50 | 6.50 | 0.00 | 0.00 | |
| | Fri | 2/15 | 03:00 PM | 03:00 PM | 2/15 | 04:15 PM | 04:09 PM | 186 | 0.00 | 1.25 | 1.25 | 0.00 | 0.00 | 7.75 |
| | | | | | | | | Week 3 Totals: | | 22.50 | 22.50 | 0.00 | 0.00 | 22.50 |
| 4 | Mon | 2/18 | 08:30 AM | 08:24 AM | 2/18 | 02:00 PM | 02:02 PM | 186 | 0.00 | 5.50 | 5.50 | 0.00 | 0.00 | |
| | Mon | 2/18 | 02:30 PM | 02:31 PM | 2/18 | 04:15 PM | 04:12 PM | 186 | 0.00 | 1.75 | 1.75 | 0.00 | 0.00 | 7.25 |
| | Tue | 2/19 | 08:00 AM | 07:55 AM | 2/19 | 02:00 PM | 02:01 PM | 186 | 0.00 | 6.00 | 6.00 | 0.00 | 0.00 | |
| | Tue | 2/19 | 02:30 PM | 02:23 PM | 2/19 | 03:00 PM | 03:07 PM | 186 | 0.00 | 0.50 | 0.50 | 0.00 | 0.00 | 6.50 |
| | Wed | 2/20 | 08:45 AM | 08:38 AM | 2/20 | 01:15 PM | 01:11 PM | 186 | 0.00 | 4.50 | 4.50 | 0.00 | 0.00 | 4.50 |
| | | | | | | | | Week 4 Totals: | | 18.25 | 18.25 | 0.00 | 0.00 | 18.25 |
| 5 | Mon | 2/25 | 08:45 AM | 08:45 AM | 2/25 | 02:00 PM | 02:00 PM | 186 | 0.00 | 5.25 | 5.25 | 0.00 | 0.00 | |
| | Mon | 2/25 | 02:30 PM | 02:30 PM | 2/25 | 04:30 PM | 04:30 PM | 186 | 0.00 | 2.00 | 2.00 | 0.00 | 0.00 | 7.25 |
| | | | | | | | | Week 5 Totals: | | 7.25 | 7.25 | 0.00 | 0.00 | 7.25 |
| | | | | | | | | Period Totals: | | 84.75 | 82.50 | 2.25 | 0.00 | 84.75 |

### JOB CODE BREAKDOWN

| Job Code | Description | Rate | Regular | Overtime 1 | Overtime 2 | Total |
|---|---|---|---|---|---|---|
| 186 | Temporary | 0.00 | 72.50 | 2.25 | 0.00 | |
| | Job Code 186 Total: | | 72.50 | 2.25 | 0.00 | 74.75 |
| 227 | Athletic Security | 0.00 | 10.00 | 0.00 | 0.00 | |
| | Job Code 227 Total: | | 10.00 | 0.00 | 0.00 | 10.00 |
| | Period Total: | | 82.50 | 2.25 | 0.00 | 84.75 |

Management: _____      Employee: _____
                                                                                                                   LAVETTA STEVESON

**EXHIBIT 6**

```
PULASKI COUNTY SPECIAL SCHOOL DISTRICT                                PULASKI COUNTY SPECIAL SCHOOL DISTRICT                                     PAGE NUMBER:       1
DATE: 06/08/2020                                                          CONCISE CHECK HISTORY REPORT                                            MODULE NUM: PAYPRO53
TIME: 15:26:41
SELECTION CRITERIA: employee.empl_no=10008643 and checkhis.iss_date between '20190201 00:00:00.000' and '20190331 00:00:00.000'

EMPLOYEE - 10008643   LAVETTA R STEVESON
CHECK NUMBER: 2129089        CHECK DATE: 02/15/2019 START DATE: 01/21/2019 END DATE: 02/01/2019

              ------EARNINGS------                                        ------DEDUCTIONS------
CODE  TITLE        HOURS    AMOUNT   ORGN             PROJECT   CLASS    CODE  TITLE        AMOUNT     EMPLOYER
186   TEMPORARY    61.75    741.00                              832C     *FI   FICA          59.33       59.33
227   ATH SECURI   18.00    216.00   20002669088115000          832C     *FM   MEDICARE      13.88       13.88
                                                                         *FT   FEDERAL       24.80         .00
                                                                         *SAR  STATE TAX     16.50         .00
                                                                         0107  ATRS             .00     133.98
                                                                         9500  AMER EXP      842.49         .00
      TOTAL CHECK  79.75    957.00            VOUCHER                          TOTAL CHECK   957.00     207.19

EMPLOYEE - 10008643   LAVETTA R STEVESON
CHECK NUMBER: 2131210        CHECK DATE: 02/28/2019 START DATE: 02/04/2019 END DATE: 02/15/2019

              ------EARNINGS------                                        ------DEDUCTIONS------
CODE  TITLE        HOURS    AMOUNT   ORGN             PROJECT   CLASS    CODE  TITLE        AMOUNT     EMPLOYER
186   TEMPORARY    44.00    528.00                              832C     *FI   FICA          40.18       40.18
227   ATH SECURI   10.00    120.00   20002669088115000          832C     *FM   MEDICARE       9.40        9.40
                                                                         *FT   FEDERAL       10.24         .00
                                                                         *SAR  STATE TAX         .00         .00
                                                                         0107  ATRS             .00      90.72
                                                                         9500  AMER EXP      588.18         .00
      TOTAL CHECK  54.00    648.00            VOUCHER                          TOTAL CHECK   648.00     140.30

EMPLOYEE - 10008643   LAVETTA R STEVESON
CHECK NUMBER: 2133346        CHECK DATE: 03/15/2019 START DATE: 02/18/2019 END DATE: 03/01/2019

              ------EARNINGS------                                        ------DEDUCTIONS------
CODE  TITLE        HOURS    AMOUNT   ORGN             PROJECT   CLASS    CODE  TITLE        AMOUNT     EMPLOYER
186   TEMPORARY    25.50    306.00                              832C     *FI   FICA          18.97       18.97
                                                                         *FM   MEDICARE       4.44        4.44
                                                                         *FT   FEDERAL         .00         .00
                                                                         *SAR  STATE TAX       .00         .00
                                                                         0107  ATRS            .00       42.84
                                                                         9500  AMER EXP     282.59         .00
                                                                                            306.00       66.25
      TOTAL CHECK  25.50    306.00            VOUCHER

      TOTAL VOID     .00       .00                                                              .00         .00

      TOTAL MANUAL   .00       .00                                                              .00         .00

      TOTAL REGULAR 159.25  1,911.00                                                       1,911.00      413.74

      TOTAL REPORT  159.25  1,911.00                                                       1,911.00      413.74
                      .00
```

```
PULASKI COUNTY SPECIAL SCHOOL DISTRICT                                                      PAGE NUMBER:          3
DATE: 06/08/2020                        PULASKI COUNTY SPECIAL SCHOOL DISTRICT              MODULE NUM: PAYPRO53
TIME: 15:26:41                              CONCISE CHECK HISTORY REPORT

SELECTION CRITERIA: employee.empl_no=10008643 and checkhis.iss_date between '20190201 00:00:00.000' and '20190331 00:00:00.000'

DEDUCTION SUMMARY
--------DEDUCTION------      EMPLOYEE      EMPLOYER      DEDUCTION       FRINGE
CODE          TITLE         DEDUCTION    CONTRIBUTION   GROSS AMOUNT  GROSS AMOUNT
*FI      FICA                 118.48        118.48        1,911.00      1,911.00
*FM      MEDICARE              27.72         27.72        1,911.00      1,911.00
*FT      FEDERAL TAX           16.50           .00        1,911.00           .00
*SAR     AR STATE TAX          35.04           .00        1,911.00           .00
0107     ATRS                    .00        267.54        1,911.00      1,911.00
9500     DIRECT DEP          1,713.26           .00       1,911.00           .00

TOTALS:                      1,911.00        413.74
```

```
PULASKI COUNTY SPECIAL SCHOOL DISTRICT                    PULASKI COUNTY SPECIAL SCHOOL DISTRICT              PAGE NUMBER:        2
DATE: 06/08/2020                                                CONCISE CHECK HISTORY REPORT                  MODULE NUM: PAYPR053
TIME: 15:26:41

SELECTION CRITERIA: employee.empl_no=10008643 and checkhis.iss_date between '20190201 00:00:00.000' and '20190331 00:00:00.000'

PAY CODE SUMMARY
-----------------EARNINGS------------------
CODE    TITLE                    TOTAL AMOUNT
186     TEMPORARY                    1,575.00
227     ATH SECURI                     336.00

TOTAL:                               1,911.00
```