3:22 ✈  •ıl LTE 🔋

**New Group MMS**     Cancel

To: Bunting Supivisor, Bunting Supivisor

Fri, Feb 8, 10:47 AM

> Hey I been feeling sick all Day I just left the nurse I got a blood pressure reading of 108/60 which is entirely to low I think my meds to strong I'm not sure I'm calling to schedule an appointment won't be until later I'll let you know what time when they tell me

Bunting Supivisor

> Ok great let me know

Fri, Feb 15, 5:03 PM

> My granny has something to do so I won't be working this dance sorry

Thu, Feb 28, 6:15 AM

> I got these pics but my pressure to low

> I'll drop them off if I get to leave

Text Message

EXHIBIT 7   STEVESON 007

3:22 ✓ .ıl LTE 🔋

**New Group MMS**          Cancel

To: Bunting Supivisor, Bunting Supivisor

> so I won't be working this dance sorry

Thu, Feb 28, 6:15 AM

> I got these pics but my pressure to low

> I'll drop them off if I get to leave at vincient

Bunting Supivisor
> Ok

Mon, Mar 4, 10:00 AM

> Hey can I come back to work? Lol I'm ready if they haven't fired me

> And if I gotta sign your write up for absence I will do you don't get in trouble

Mon, Mar 4, 5:06 PM



STEVESON 008



Not gone make it! 😢 😢

Mon, Mar 25, 8:53 AM

This dude Dave said I'm fired because I'm pregnant I'm to much of a risk



STEVESON 009

**To:** Bunting Supivisor, Bunting Supivisor

Mon, Mar 25, 8:53 AM

> This dude Dave said I'm fired because I'm pregnant I'm to much of a risk

**Bunting Supivisor**

> Wow

> He said he got to much going on with people in the district hurting themselves

**Bunting Supivisor**

> Wow

> Righhhttt with me having my doctors note!! He first said he needs something with my proof of me being able to return to work I said ok I got that. Then he said well at this point I won't be able to give you your job it's to much of a risk

**Bunting Supivisor**

STEVESON 010