IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| LAVETTA STEVESON | PLAINTIFF |
| v.  Case No. 4:20-cv-01357-LPR | |
| PULASKI COUNTY SPECIAL SCHOOL DISTRICT | DEFENDANT |

## STATEMENT OF UNDISPUTED MATERIAL FACTS

Defendant, Pulaski County Special School District, by its attorneys, Bequette, Billingsley & Kees, P.A., for its Statement of Undisputed Material Facts, states:

1. This is an employment discrimination case where Plaintiff alleges she was terminated on the basis of her sex (pregnancy), in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"), which includes pregnancy as amended by the Pregnancy Discrimination Act of 1978, 42 U.S.C. § 2000e(k); the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12101, *et seq*.; and the Arkansas Civil Rights Act of 1993 ("ACRA"), Ark. Code Ann. § 16-123-101.  *See* Compl., ECF Doc. No. 1 at 5-6.

2. Plaintiff filed the operative Charge of Discrimination with the Equal Employment Opportunity Commission on June 12, 2019 and filed her Complaint on November 17, 2020.  *See* EEOC Charge of Discrimination, attached to District's Motion as Exhibit 1.

3. Plaintiff began working for the District on September 12, 2018, as a temporary security officer in the District's Security Department.  *See* Support Staff Personnel Recommendation Form for Temporary Security Guard, attached to District's Motion as Exhibit 2.

4. Plaintiff worked for PCSSD for approximately six months: from September 12, 2018 until her last date of work, February 25, 2019.  *See* Note from PCSSD HR Department, attached to District's Motion as Exhibit 3.

5. As a temporary employee, Plaintiff only received pay for hours worked, with no benefits provided or permanent position; she was "at will" and only worked when needed. *See* Deposition of PCSSD Corporate Representative, Shawn Burgess, pp. 30, 46-48, attached to Defendant's Motion as Exhibit 4.

6. Plaintiff was never terminated from PCSSD, but stopped coming to work after February 25, 2019, and thereafter her temporary services were no longer needed. *See* Ex. 4, PCSSD Corporate Rep Depo, at pp. 46-47 and 50 and Affidavit of Shawn Burgess, attached to the District's Motion as Exhibit 5.

7. On February 25, 2019, Plaintiff began missing work without prior notification to PCSSD. *See* Ex. 5 at ¶ 4.

8. Plaintiff did not work any hours after February 25, 2019. *Id*. at ¶ 6 and Plaintiff's Time Records, attached as Exhibit 6 to the District's Motion.

9. PCSSD did not hear from Plaintiff until March 4, 2019, a full week (five workdays) from the last day she had reported to work, when Plaintiff sent her direct supervisor, Tracy Bunting, a text message with a doctor's note included. *See* Text Message Exchanges between Plaintiff and Bunting, produced in discovery by Plaintiff, attached to the District's Motion as Exhibit 7.

10. These text messages were the first contact Plaintiff made with PCSSD after her extended "no-call/no-show." *See* Ex. 5 at ¶ 4.

11. Plaintiff's doctor's note stated that she was on "complete bedrest" from March 4, 2019 until her next appointment on March 11, 2019; at her March 11th appointment, her "complete bedrest" was extended until March 18, 2019. *See* Plaintiff's Medical Notes, attached to the District's Motion as Exhibit 8.

12. By the time Plaintiff provided medical documentation to PCSSD, it had already considered Plaintiff to have quit her job when she did not appear for work or otherwise provide a reason or notice for her nonappearance the week prior. *See* Ex. 5 (affidavit) and Ex. 3.

13. To date, Plaintiff is not on any "no hire" list at PCSSD and is eligible for rehire if a temporary position becomes available. *Id.* at ¶ 7.

14. The District adamantly denies that Plaintiff was discriminated against in violation of Title VII of the Civil Rights Act of 1964, or the Americans with Disabilities Act of 1990.

    Respectfully submitted,

    BEQUETTE, BILLINGSLEY & KEES, P.A.
    425 West Capitol Avenue, Suite 3200
    Little Rock, AR 72201-3469
    Phone: (501) 374-1107
    Fax: (501) 374-5092
    Email: jbequette@bbpalaw.com
    Email: ckees@bbpalaw.com

By:    **W. Cody Kees**
    Jay Bequette, Ark. Bar #87012
    W. Cody Kees, Ark. Bar #2012118

*Attorneys for Defendant*