IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAVETTA STEVESON**  **PLAINTIFF**

vs.  No. 4:20-cv-01357-JM

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**  **DEFENDANT**

## DECLARATION OF LAVETTA STEVESON

I, Lavetta Steveson, do hereby swear, affirm and attest as follows, based upon my personal knowledge of the matters contained herein:

1. My name is Lavetta Steveson; I am over the age of 18 and duly qualified to execute this declaration.

2. I am a resident of Pulaski County.

3. I was employed by Pulaski County Special School District (PCSSD or "Defendant") as a security guard from September of 2018 until March 25, 2019.

4. As a security guard, my primary responsibilities included greeting and aiding school visitors and monitoring students in the communal areas such as hallways, restrooms, and the car pickup and drop-off lines.

5. I was hired as an at-will employee, meaning I was not under contract with PCSSD. My understanding of this term was that I would only receive pay for the hours I worked and would not receive benefits or paid time off. At no time during my interview, training, or onboarding was the term "temporary" used to describe my position. It was my understanding that I was employed indefinitely.

Page 1 of 4
Lavetta Steveson v. Pulaski County Special School District
U.S.D.C. (E.D. Ark.) Case No. 4:20-cv-1367-JM
Declaration of Lavetta Steveson

Doc ID: 088d79b4cecb9f9f01e1a5078451d0578287739a

6. I worked a regular schedule for PCSSD. I worked Monday through Friday from 7:30 am to 4:00 pm at Mills Middle School and Mills High School. My direct supervisors were Thomas Ward and Tracy Bunting. Mr. Ward and Ms. Bunting were my direct supervisors with whom I had the most day-to-day contact, but their supervisor was Dave Thomas, who was one of two supervisors over all of PCSSD's security department.

7. Because I was an at-will employee who only received pay for the hours I worked, PCSSD had a lenient policy regarding absences. If I needed to be out, I would simply text my direct supervisors and let them know that I would be out on a certain day. On those occasions, PCSSD would find another guard to cover my shift.

8. PCSSD has a progressive discipline policy, which applies regardless of contract or at-will status. After a certain number of infractions, PCSSD employees would receive a verbal warning from their direct supervisors. If the infractions continued, we could receive a written disciplinary action. I never received a disciplinary write-up or criticism while working for PCSSD. I was never admonished or written up for absenteeism. Prior to my hospitalization that resulted in doctor-ordered bedrest, I only took one day off in February of 2019 so that I could attend traffic court. I duly notified my supervisors that I would be out on that day.

9. In February of 2019 I discovered that I was pregnant. I informed my supervisors, both Mr. Ward and Ms. Bunting, but I did not anticipate that my condition would cause difficulties in performing my job duties because I did not perform any tasks that would be difficult to perform while pregnant. However, I requested that I no longer

Page 2 of 4
Lavetta Steveson v. Pulaski County Special School District
U.S.D.C. (E.D. Ark.) Case No. 4:20-cv-1367-JM
Declaration of Lavetta Steveson

Doc ID: 088d79b4cecb9f9f01e1a5078451d0578287739a

be required to fill the security position responsible for breaking up fights in the hallways, but rather work in the position that greets and checks in visitors.

10. On February 25, 2019, I performed my work as usual. That evening I experienced some unusual pregnancy symptoms and went to the emergency room to get checked out. I was briefly hospitalized but was released on ordered bedrest with the understanding that I would need an appointment with my primary OB/GYN doctor to confirm the diagnosis and follow-up treatments. I called Mr. Ward the day I was hospitalized to let him know that I was in the hospital and would not be at work until my doctors could determine the proper course of action. When I was discharged, I let Mr. Ward know, via text, that I planned to return to work the following Monday, March 4.

11. By March 4, however, I had attended my follow-up appointment and been ordered on bedrest through March 11, 2019. I texted a picture of the doctor's note to Ms. Bunting and let her know I would not be at work until March 11. I did not receive a reply. My doctor extended my bedrest twice, first through March 14, and then again through March 18. Each time I texted the note to my supervisors.

12. After the bedrest extension through March 14, Mr. Thomas told me that I needed to return to work or else I would be replaced. The week of March 18 was Spring Break, and no security services were needed. My final doctor's note permitted me to return to work on March 25, which was the Monday following Spring Break.

13. On March 25, 2019, I texted Mr. Thomas and his secretary to ask if I could return to work or if my position had been filled. I did not receive a response.

14. Ultimately, I went to work as usual, but upon my arrival, Mr. Thomas informed me that I had not provided adequate documentation to excuse my absences.

Page 3 of 4
Lavetta Steveson v. Pulaski County Special School District
U.S.D.C. (E.D. Ark.) Case No. 4:20-cv-1367-JM
Declaration of Lavetta Steveson

Doc ID: 088d79b4cecb9f9f01e1a5078451d0578287739a

When I showed him the doctor's notes and proof that I had texted my supervisors those notes, Mr. Thomas told me that I no longer had a job because my pregnancy made me a "liability" and I was "too much of a risk" to employ. I distinctly remember that he used the phrase "we should let nature take its course" with regards to my condition and availability to work.

**PURSUANT TO 28 U.S.C. § 1746, I VERIFY UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on this 18th day of April, 2022.

_____
**LAVETTA STEVESON**

Page 4 of 4
Lavetta Steveson v. Pulaski County Special School District
U.S.D.C. (E.D. Ark.) Case No. 4:20-cv-1367-JM
Declaration of Lavetta Steveson

Doc ID: 088d79b4cecb9f9f01e1a5078451d0578287739a