

STEVESON 008