

STEVESON 009