

**To:** SupervisorWard

*Thu, Feb 28, 9:47 AM*

Good Morning sis 🙏🏾 Have you resigned or quit? 🤷🏾‍♂️🤔

I'll be back Monday hopefully

*Mon, Mar 4, 8:26 AM*

I'll be late just got up

*Mon, Mar 25, 8:47 AM*

Hey! I got fired today for being pregnant

*Wed, Mar 27, 7:44 AM*

Hey girl, waiting to hear from you what happened? Did you go to central office 🤷🏾‍♂️

Hey yes Dave lied and told them I was released of light duty so I had to go take my proof of regular work paper to

STEVESON 020