

STEVESON 016



STEVESON 017