

**Woman's Pavilion**

Cortez McFarland, M.D.
Marilyn A. Johnson, R.N., C.N.M.

Parkview Medical Building
#1 St. Vincent Circle, Suite 440
Little Rock, AR 72205
(501)666-4294

03/11/19

Re: Lavetta Steveson

To Whom It May Concern:

Ms. Lavetta Steveson has been placed on complete bedrest from 03/11/19 until her next appointment on 03/18/2019. Her status will then be updated and a notice of the next plan of action will be provided. If additional information regarding her health is needed, please feel free to contact my office at the above phone number.

Sincerely,

*Cortez McFarland*

Cortez McFarland, M.D.