

STEVESON 018