

STEVESON 010