

STEVESON 022