

STEVESON 007