

STEVESON 011