IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LAVETTA STEVESON**                                                                      **PLAINTIFF**

vs.                                         No. 4:20-cv-1357-JM

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**                    **DEFENDANT**

## JOINT STATUS REPORT

Plaintiff Lavetta Steveson ("Plaintiff"), and Defendant Pulaski County Special School District, by and through their respective undersigned counsel ("Defendants"), by and through their respective undersigned counsel, submit this Joint Status Report as required pursuant to this Court's Final Scheduling Order (ECF No. 9):

1. The Parties have not yet participated in a settlement conference or mediation.

2. The Parties are discussing the possibility of a settlement and have agreed to jointly move for referral to the Magistrate Judge for a settlement Conference

3. The Parties estimate that a trial to the jury will be 2 days.

Respectfully submitted,

**PLAINTIFF LAVETTA STEVESON**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

April Rhéaume
Ark. Bar No. 2015208
april@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and**   **DEFENDANT PULASKI COUNTY SPECIAL SCHOOL DISTRICT**

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201-3469
Telephone: (501) 374-1107
Facsimile: (501) 374-5092

/s/ W. Cody Kees
W. Cody Kees
Ark. Bar No. 2012118
ckees@bbpalaw.com

Jay Bequette
Ark. Bar No. 87012
jbequette@bbpalaw.com

Teddy Stewart
Ark. Bar No. 2018189
tstewart@bbpalaw.com