IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAVETTA STEVESON . PLAINTIFF

v.  No. 4:20-cv-01357-JM

PULASKI COUNTY SPECIAL SCHOOL DISTRICT  DEFENDANT

**ORDER**

The parties have requested that the Court refer this matter to a United States Magistrate Judge for a settlement conference between the parties. For good cause shown, the matter of settlement conference in this case is hereby referred to United States Magistrate Judge Edie R. Ervin for further proceedings.

IT IS SO ORDERED this 28th day of April, 2022.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE