IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LAVETTA STEVESON                                                    PLAINTIFF

V.                          CASE NO. 4:20-CV-1357 JM

PULASKI COUNTY SPECIAL SCHOOL DISTRICT            DEFENDANT

CLERK'S MINUTES

| | |
|---|---|
| Date: | June 2, 2022 |
| Before: | Hon. Edie R. Ervin |
| Plaintiff's Attorneys | Steve Rauls, Laura Edmonson |
| | April Rheaume (by phone) |
| Defendant's Attorneys | Cody Kees, Jay Bequette |

The parties met today for a settlement conference before Judge Edie R. Ervin. At the conclusion of the settlement conference, the parties were able to reach an agreement. The terms of the settlement agreement shall remain confidential and were read into the record.